No. 96–675. GUILBEAU ET UX. *v.* W. W. HENRY CO. ET AL., 519 U. S. 1091. Motion of petitioners for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

MARCH 24, 1997

No. 96–1034. PLAYBOY ENTERTAINMENT GROUP, INC. *v.* UNITED STATES ET AL.; and

No. 96–1108. SPICE ENTERTAINMENT COS., INC. *v.* RENO, ATTORNEY GENERAL, ET AL. Affirmed on appeals from D. C. Del. Reported below: 945 F. Supp. 772.

No. 96–7621. CALAMIA *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lynce* v. *Mathis*, 519 U. S. 433 (1997).

No. D–1790. IN RE DISBARMENT OF FRIEDMAN. Bruce Michael Friedman, of Los Angeles, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–65. HARTNETT *v.* STEIN, DBA WESTERN CONTRUCTION Co.; and

No. M–66. TIDIK *v.* KAUFMAN ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 95–974. ARIZONANS FOR OFFICIAL ENGLISH ET AL. *v.* ARIZONA ET AL., *ante*, p. 43. In this case, the parties shall bear their own costs.

No. 96–454. ASSOCIATES COMMERCIAL CORP. *v.* RASH ET UX. C. A. 5th Cir. [Certiorari granted, 519 U. S. 1086.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.